**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Plaintiff's motion to transfer venue is **GRANTED**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 20 and to transfer the case to the District of New Jersey.

212.634.3043 direct
jstoler@sheppardmullin.com

April 18, 2023

Dated: April 20, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *Greenberg v. TelevisaUnivision, Inc. et al.*, No. 1:23-cv-00189-LGS

Dear Judge Schofield:

We represent Defendant TelevisaUnivision, Inc. ("TU") in the above-referenced matter. We write in connection with Your Honor's April 18, 2023 Order (Dkt. No. 23) requesting confirmation as to whether TU intends to oppose Plaintiff Wazel Jane Greenber's motion to transfer the instant matter to the United States District Court for the District of New Jersey (the "Motion") (Dkt. No. 20).  TU states that it does not intend to oppose the Motion.

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Jonathan Stoler*

Jonathan Stoler
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:     Counsel of Record